# *IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF TENNESSEE NORTHERN DIVISION AT KNOXVILLE*

IN RE:

**ELIZABETH J. JENNINGS,**          Case No. 10-30040

                                                 Chapter 7

Debtor.

## REPORT OF UNCLAIMED FUNDS

**COMES NOW** Michael H. Fitzpatrick, Trustee, pursuant to 11 U.S.C. § 547(a) and Bank. R. Civ. P. 3011 and tenders unclaimed funds of $2,830.24 to the court based upon the failure of the Debtor to cash the check to her, regarding an exemption claim. The trustee has tried to find this debtor without success in finding a new address.

                 Respectfully submitted,

                 */s/ Michael H. Fitzpatrick*
                 MICHAEL H. FITZPATRICK, ESQ.
                 BPR NO. 006033

                 **JENKINS & JENKINS ATTYS., PLLC**
                 2121 First Tennessee Plaza
                 Knoxville, TN 37929-2121
                 Phone: 865-524-1873 ext. 222
                 mhf@j-jlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this pleading has been served upon the indicated parties at the address shown by placing a copy thereof in the U.S. Mail, first class postage prepaid, or the court's ECF system this the July 19, 2012.

Patricia C. Foster, Esq.
Via ECF

Justin Bracket, Esq.
Via ECF

Elizabeth Jennings
1853 Cloverbrook Drive
Jefferson City, TN 37760

                 */s/ Michael H. Fitzpatrick*
                 ATTORNEY